IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BHARATKUMAR G. THAKKER, :
: 1:19-cv-0664
Petitioner, :
: Hon. John E. Jones III
v. :
:
WARDEN CRAIG A. LOWE, :
Respondent. :

# **ORDER**

**February 18, 2020**

NOW THEREFORE upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. §2241 is GRANTED.

2. Within twenty-one days of the date of this ORDER, Petitioner shall be afforded an individualized bond hearing before an immigration judge.

3. The Clerk of is directed to CLOSE this case.

> s/ John E. Jones III
> John E. Jones III
> United States District Judge